# Court of Appeals
# of the State of Georgia

ATLANTA,   September 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0146.  JACKIE WHORTON v. THE STATE.**

Jackie Whorton was convicted of multiple offenses, including child molestation and incest, and his convictions were affirmed on appeal. *Whorton v. State*, 318 Ga. App. 885 (735 SE2d 7) (2012).  He subsequently filed a pro se "motion to dismiss," which the trial court denied.  Whorton then filed both an application for discretionary appeal and this direct appeal.

This Court denied Worton's application for discretionary appeal.  See Case No. A19D0027 (decided August 16, 2018). As a result, the doctrine of res judicata bars Whorton from seeking further appellate review of the trial court's order. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review."); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   09/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*